U.S. Department of Justice
United States Marshals Service

FILED

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

Date Time
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

| | |
|---|---|
| PLAINTIFF: Stacy Antonio Scott, Jr. | COURT CASE NUMBER: 6:19-cv-01753-PGB-GJK |
| DEFENDANT: Matthew Pippin | TYPE OF PROCESS: Civil |

SERVE AT:
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Matthew Pippin, Osceola County Sheriff's Office
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 2601 E. Irlo Bronson memorial Highway, Kissimmee, Florida 34744

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Stacy Antonio Scott, Jr. X59632<br>Santa Rosa C.I. annex<br>5850 E. Milton Road<br>Milton, Florida 32583-7940 | Number of process to be served with this Form 285: 1<br>Number of parties to be served in this case: 5<br>Check for service on U.S.A. |

2020 FEB 21 PM 1:31
FILED

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☑ PLAINTIFF ☐ DEFENDANT | n/A | 12/16/2019 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. A18 | No. A18 | [signature] | 1/10/20 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | Date | Time |
|---|---|---|
| | 1/21/20 | 11:53 ☒ am ☐ pm |

| Address (*complete only different than shown above*) | Signature of U.S. Marshal or Deputy |
|---|---|
| | [signature] |

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | $8.00 | | | $0.00 |

REMARKS

PROVIDED TO
SANTA ROSA C.I. ON
DEC 19 2019
FOR MAILING BY

**Sent Certified # 70111570000099542289**
**Returned to Clerk of the Court:**
**RETURN RECEIPT ATTACHED**

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

# USPS Tracking®

FAQs

**Track Another Package +**

**Tracking Number:** 70111570000099542289

Remove

Your item was delivered to the front desk, reception area, or mail room at 11:53 am on January 21, 2020 in KISSIMMEE, FL 34744.

Feedback

## Delivered

January 21, 2020 at 11:53 am
Delivered, Front Desk/Reception/Mail Room
KISSIMMEE, FL 34744

**Get Updates**

---

**Text & Email Updates**

---

**Tracking History**

---

**Product Information**

---

**See Less**