UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STACY ANTONIO SCOTT, JR.,

Plaintiff,

vs.

Case No. 6:19-cv-1753-JSS-DCI

GLENN J. WHITE, ROBERT STOCKMAN, EUNICE MARMOL, MATTHEW PIPPIN, and ROBERT ALDERMAN,

Defendant.

# NOTICE

Notice is given that this case reached a SETTLEMENT at the magistrate judge settlement conference held today.

**ENTERED** in Orlando, Florida, on June 3, 2026.

ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:
Counsel of Record